## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLIFFORD PEPPER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) |
| (1) PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL NO.3, and | ) ) ) ) |
| (2) BOARD OF TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS LOCAL NO.3, | ) ) ) ) ) |

Case No. CIV-09-041-JHP

## JUDGMENT

Pursuant to the Opinion and Order entered in this case the 24th day of October, 2011, the Court hereby enters Judgment for Defendants Pension Trust Fund for Operating Engineers Local No.3 and Board of Trustees of the Pension Trust Fund for Operating Engineers Local No. 3 and against Plaintiff Clifford Pepper in this matter.

**IT IS SO ORDERED** this 24th day of October, 2011.

James H. Payne
United States District Judge
Eastern District of Oklahoma